IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 18-2429 WJ ) |
| **DARREN BENALLY**, | ) ) |
| Defendant. | ) |

## MOTION TO DISMISS THE INDICTMENT

The United States of America moves the Court to dismiss the Indictment in criminal matter 18-CR-2429 WJ, and as grounds therefore states as follows:

Defendant has entered a guilty plea to an Information in criminal matter 18-CR-2429 WJ. The Plea Agreement provides that at sentencing the Government will move to dismiss the Indictment filed on July 27, 2018 (Doc. 26). Defendant was sentenced on November 20, 2019.

WHEREFORE, the United States requests that this motion be granted and the Court dismiss the Indictment.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed 11/21/19*
RAQUEL RUIZ-VELEZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
(505) 346-7296 fax

I HEREBY CERTIFY that on the 21st
day of November, 2019 I filed the foregoing
pleading electronically through the CM/ECF
system, which caused counsel of record
to be served by electronic means on this date.
*/s/*_____
Raquel Ruiz-Velez
Assistant U.S. Attorney