IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.   18-CR-02429-WJ |
| ) | |
| **DARREN BENALLY**, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO DISMISS THE INDICTMENT

THIS MATTER having come before the Court upon the written motion of the United States and the Court having reviewed said motion and being otherwise fully advised, the Court finds:

That the government's motion to dismiss the Indictment in 18-CR-02429-WJ, is well taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment in 18-CR-02429-WJ be dismissed.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE